STEVEN W. PITE (CA SBN 157537)
JOHN D. DUNCAN (CA SBN 179560)
ANNE L. WARNER (CA SBN 254327)
PITE DUNCAN, LLP
525 E. Main Street
P.O. Box 12289
El Cajon, CA 92022-2289
Telephone: (619) 590-1300
Facsimile: (619) 590-1385

Attorneys for HOMECOMINGS FINANCIAL, LLC, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA BARBARA DIVISION

| | |
|---|---|
| In re<br><br>ROBERT C. OCHOA, JR.,<br><br>Debtor(s). | Case No. SB-08-10175-RR<br><br>Chapter 7<br><br>HOMECOMINGS FINANCIAL, LLC'S REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS |

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL INTERESTED PARTIES

PLEASE TAKE NOTICE that the firm of PITE DUNCAN, LLP, attorneys for HOMECOMINGS FINANCIAL, LLC, its successors and/or assigns, hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

PITE DUNCAN, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

1  Anne L. Warner
PITE DUNCAN, LLP
2  525 E. Main Street
P.O. Box 12289
3  El Cajon, CA 92022-2289

4   Neither this Request for Special Notice nor any subsequent appearance, pleading,

5  claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a

6  waiver of the within party's:

7   a.   Right to have any and all final orders in any and all non-core matters entered

8  only after de novo review by a United States District Court Judge;

9   b.   Right to trial by jury in any proceeding as to any and all matters so triable

10 herein, whether or not the same be designated legal or private rights, or in any case, controversy or

11 proceeding related hereto, notwithstanding the designation or not of such matters as "core

12 proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to

13 statute or the United States Constitution;

14  c.   Right to have the reference of this matter withdrawn by the United States

15 District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

16  d.   Other rights, claims, actions, defenses, setoffs, recoupments or other matters

17 to which this party is entitled under any agreements at law or in equity or under the United States

18 Constitution.

19  All of the above rights are expressly reserved and preserved by this party without

20 exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or

21 by any other participation in these matters.

22

23 Dated: February 12, 2008    PITE DUNCAN, LLP

24

     /s/ Anne L. Warner (CA SBN 254327)
25   Attorneys for HOMECOMINGS FINANCIAL, LLC,
     its successors and/or assigns
26

27

28

REQUEST FOR SPECIAL NOTICE    -2-    1595819.wpd

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS AND RESERVATION OF RIGHTS was served on February 12, 2008.

Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

Robert C. Ochoa, Jr.
2130 Rischia Way
Port Hueneme, CA 93041

Nathan A. Berneman
3835 - R. E. Thousand Oaks Blvd
Suite #152
Westlake Village, CA 91362

Jerry Namba
625 E. Chapel Street
Santa Maria, CA 93454

U.S. Trustee
Department of Justice
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on February 12, 2008, at El Cajon, California.

/s/ Devon Blake