STEVEN W. PITE (CA SBN 137537)
DAVID E. McALLISTER (CA SBN 185831)
JACQUE A. GRUBER (CA SBN 259772)
PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858)750-7600
Facsimile: (619) 590-1385

Attorneys for  GMAC MORTGAGE, LLC, AS SERVICING AGENT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FIRST NATIONAL BANK OF ARIZONA, its successors and/or assigns

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA BARBARA DIVISION

| | |
|---|---|
| In re<br><br>ROBERT C. OCHOA, JR.,<br><br>Debtor(s). | Case No. 9:08-bk-10175-RR<br><br>Chapter 7<br><br>NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY<br><br>DATE:   May 19, 2009<br>TIME:   9:00 a.m.<br>CTRM:   201<br><br>1415 State Street<br>Santa Barbara, CA 93101-2511 |
| GMAC MORTGAGE, LLC, AS SERVICING AGENT FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FOR FIRST NATIONAL BANK OF ARIZONA, its successors and/or assigns,<br><br>Movant,<br><br>vs.<br><br>ROBERT C. OCHOA, JR., Debtor(s); and JERRY NAMBA, Chapter 7 Trustee,<br><br>Respondents. | |

GMAC Mortgage, LLC, as servicing agent for Mortgage Electronic Registration Systems, Inc., Solely as Nominee for First National Bank of Arizona, its successors and/or assigns ("Movant"),

/././

/././

/././

/././

- 1 -

1 | hereby withdraws its Motion for Relief from Automatic Stay, previously filed in the above

2 | referenced matter on April 7, 2008 at docket #11, without prejudice.

3

4 | Dated: May 4, 2009                    PITE DUNCAN, LLP

5                                         /s/ Jacque A. Gruber (CA SBN 259772)
                                          JACQUE A. GRUBER
6                                         Attorneys for GMAC MORTGAGE, LLC, AS
                                          SERVICING AGENT FOR MORTGAGE
7                                         ELECTRONIC REGISTRATION SYSTEMS, INC.,
                                          SOLELY AS NOMINEE FOR FIRST NATIONAL
8                                         BANK OF ARIZONA, its successors and/or assigns

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - SANTA BARBARA DIVISION

CASE NO. 9:08-bk-10175-RR

CERTIFICATE OF SERVICE

I, MICHAEL W. LEEWRIGHT, am a resident of San Diego, California, and I am over the age of eighteen (18) years, and not a party to the within action. My business address is 4375 Jutland Drive Suite 200; P.O. Box 17933, San Diego, California 92177. I served the attached NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM AUTOMATIC STAY by placing a true copy thereof in an envelope addressed to:

SEE ATTACHED SERVICE LIST

which envelope was then sealed and postage fully prepaid thereon, and thereafter on May 4, 2009, United States Mail at San Diego, California. There is regular delivery service between the place of mailing and the place so addressed by the United States Mail.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2009                    /s/ Michael Leewright
                                       MICHAEL LEEWRIGHT

## SERVICE LIST

### DEBTOR(S)

Robert C. Ochoa, Jr.
2130 Rischia Way
Port Hueneme, CA 93041

### DEBTOR(S) ATTORNEY

Nathan A. Berneman
3835 - R. E. Thousand Oaks Blvd
Suite #152
Westlake Village, CA 91362
ntdberneman@verizon.net

### CHAPTER 7 TRUSTEE

Jerry Namba
625 E Chapel Street
Santa Maria, CA 93454

### U.S. TRUSTEE

U.S. Trustee
Department of Justice
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367

### JUNIOR LIENHOLDER(S)

Countrywide Home Loans
c/o Managing or Servicing Agent
450 American Street
Simi Valley, CA  93065